# EXHIBIT A



April 15, 2014


Brian Alford
Owner
Savvy Sniper LLC
2898 Mayflower Road
Port Washington, OH  43837

Transmitted via CERTIFIED MAIL /Return Receipt Requested and email:  brian@savvysniper.com

**Re:      Infringement U.S. Patent Application 13/871066**
**Systems, Methods, and Apparatus for Supporting a Firearm from a Person**

Dear Mr. Alford:

I am a patent attorney representing Blue Force Gear, Inc. which owns US Patent Application No. 13/871066 entitled:  Systems, Methods, and Apparatus for Supporting a Firearm from a Person.  As shown in the attached, the application was recently granted a Notice of Allowance for a set of claims that are found in the attached file history.  This application will issue forthwith as a patent.

We understand that you are making and selling, and offering to sell rifle slings that infringe these patent rights. These slings are identified as, but not limited to, the QUAD Sling, the QUAD X Cobra Sling, the QUAD Dual QD Sling, the QUAD dual QD MS Sling, the Precision Sling, the HD QUAD SAW Sling, the Less Lethal – Competition Sling, the Brian's Benelli Shotgun Sling, the M4 Lite Sling with Straps, and QUAD Slings for Ladies as seen on the following links to your website:

http://www.savvysniper.com/quadsling.html

http://www.savvysniper.com/quadxcobra.html

http://www.savvysniper.com/dualquad.html

http://www.savvysniper.com/dualquadqdms.html

http://www.savvysniper.com/precisionsling.html

http://www.savvysniper.com/saw.html

http://www.savvysniper.com/lesslethal.html

http://www.savvysniper.com/benellisling.html

Langlotz Patent & Trademark Works, Inc.                                                                    2

http://www.savvysniper.com/m4lite.html

http://www.savvysniper.com/fortheladies.html

Accordingly, we must demand that you immediately cease all sales and manufacturing, withdraw all inventory from retailers, account for all prior sales, and surrender all inventory to my client (rendered unsalable at your option).

To avoid my client availing itself of other appropriate options, please contact my office by April 22, 2014 with your assurances that you will comply with these demands.

Sincerely,
LANGLOTZ PATENT & TRADEMARK WORKS, INC.

Bennet Langlotz, Patent and Trademark Attorney

Enclosures

Cc:    Monica Milicic
       DLA Land & Maritime

       Julia Joseph
       DLA Land and Maritime

       Kevin Pallugna

       Kristina Wolf

       Domonique Hazell-Stallworth

       DLA Contact Center