UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MAGPUL INDUSTRIES, CORP., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV414-277 |
| BLUE FORCE GEAR, INC., | ) |
| Defendant. | ) |

# ORDER

The Court having reviewed and considered the petitions of Brian E. Mitchell and Marcel F. De Armas of the law firm of Mitchell + Company, 4 Embarcadero Center, Suite 1400, San Francisco, California 94111, for permission to appear pro hac vice on behalf of plaintiff Magpul Industries, Corp., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Brian E. Mitchell and Marcel F. De Armas as counsel of record for plaintiff Magpul Industries, Corp., in this case.

**SO ORDERED** this __6th__ day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA