UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MAGPUL INDUSTRIES, CORP., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV414-277 |
| BLUE FORCE GEAR, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

The Court having reviewed and considered the petition of Anthony E. Giardino of the law firm of Wargo & French LLP, 999 Peachtree Street, N.E., 26th Floor, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of defendant Blue Force Gear, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Anthony E. Giardino as counsel of record for defendant Blue Force Gear, Inc., in this case.

**SO ORDERED** this __11th__ day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA