UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MAGPUL INDUSTRIES, CORP., )
)
Plaintiff, )
)
v. ) Case No. CV414-277
)
BLUE FORCE GEAR, INC., )
)
Defendant. )

## ORDER

The Court having reviewed and considered the petition of Adam Sencenbaugh of the law firm of Haynes and Boone LLP, 600 Congress Avenue, Suite 1300, Austin, Texas 78791, for permission to appear pro hac vice on behalf of defendant Blue Force Gear, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Adam Sencenbaugh as counsel of record for defendant Blue Force Gear, Inc., in this case.

**SO ORDERED** this __11th__ day of March, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA